# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Charlotte Division

FILED
CHARLOTTE, NC

OCT 20 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Patricia D. Teal
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Carrington Mortgage Services, LLC
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:25-CV-819-FDW
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Patricia D. Teal
Street Address: 2735 Lanny Drive
City and County: Charlotte, Mecklenburg County
State and Zip Code: North Carolina [28214]
Telephone Number: 704-819-3048
E-mail Address: pdteal_8@outlook.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

- Name: Carrington Mortgage Services, LLC
- Job or Title (if known):
- Street Address: 1600 South Douglass Road, Suite 100-200A
- City and County: Anaheim, Orange
- State and Zip Code: California, 92806
- Telephone Number: 800-561-4567
- E-mail Address (if known): MLDDialerOperations@carringtonMS.com

Defendant No. 2

- Name: LOGS Legal Group LLP
- Job or Title (if known): Jason K. Purser, Managing Attorney
- Street Address: 10130 Perimeter Parkway, Suite 400
- City and County: Charlotte, Mecklenburg County
- State and Zip Code: North Carolina 28216
- Telephone Number: 704-333-8107
- E-mail Address (if known):

Defendant No. 3

- Name: Bank United, N.A.
- Job or Title (if known): Unknown
- Street Address: 2400 E. Katella Ave.
- City and County: Anaheim, Orange County
- State and Zip Code: California 92806
- Telephone Number: 714-922-9170
- E-mail Address (if known):

Defendant No. 4

- Name: Elsy Escobar
- Job or Title (if known): Customer Advocate
- Street Address: 1600 South Douglass Road, Suite 100 & 200A
- City and County: Anaheim, Orange
- State and Zip Code: California, 92806
- Telephone Number: (800) 561-4567 & (866) 874-5017
- E-mail Address (if known):

Continued from Page 2

Defendant No. 1
- Name: Dennis Micek
- Job or Title (if known): Foreclosure Supervisor - Carrington Mortgage Services L.L.C
- Street Address: 1600 South Douglass Road, suite 100 9 200A
- City and County: Anaheim, Orange County
- State and Zip Code: California, 92806
- Telephone Number: 800.561.4567
- E-mail Address (if known): ~~ADDDia~~ PDF (unknown)

Defendant No. 2
- Name: Bank of America Corporate Center
- Job or Title (if known): CFO Alastair Borthwick - Executive Vice Pres[ident]
- Street Address: 100 North Tryon Street, Mecklenburg
- City and County: Charlotte,
- State and Zip Code: North Carolina, 28202
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

October 20, 2025
Statement of Claim Continued...

Furthermore, I did not attend the hearing (foreclosure) on August 8, 2023 because I filed for Chapter 13 Bankruptcy in District Court on August 7, 2023. Later, I learned that the hearing was held and the foreclosure action moved forward. I was unaware that I could have appealed the decision but was told by the Supervisor in Special Procedures when we conversed in person on September 24, 2025.

I have included some notices/documents regarding the actions by the Superior Court clerks: Exhibits 1-8.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* **Patricia D. Teal**, is a citizen of the State of *(name)* **North Carolina**.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, (name) **Carrington Mortgage Services, LLC** is incorporated under the laws of the State of (name) **California**, and has its principal place of business in the State of (name) **California**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in Controversy is not yet clear, however I need a little more time so I can give a more concrete response.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Carrington Mortgage Services, LLC, Bank United, N.A and LOGS Legal Group, LLP are complicit and have initiated a wrongful foreclosure action against me. These entities have lack legal standing, failed to give proper notification of default sale and other violations. There have been several attempts to foreclose. All are based on predatory lending practices. Another Another attempted sale has been rescheduled for October 22, 2025. I have included some notifications as exhibits with my civil action.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

At this time, I don't have the relief I'm seeking and I'm asking for additional time to gather the information I need to respond to the court with integrity.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 16, 2025 PDT.

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Patricia D. Teal

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____